In the Matter of MAX F., JR., a Child Alleged to be Neglected. NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; EMMA F.-G., Appellant. (And Other Proceedings.)

Submitted September 6, 2011; decided November 21, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for a stay dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY GAMBLE, Appellant.

Submitted November 14, 2011; decided November 21, 2011

Motion for reargument denied [see 17 NY3d 852 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LAMARR REID, Respondent.

Submitted September 6, 2011; decided November 21, 2011

Motion to strike appellant's appendix etc. denied.